# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA A. MCCULLOUGH, | No. 4:20-CV-01807 |
| Plaintiff-Cross Defendant, | (Chief Judge Brann) |
| v. | |
| METLIFE AUTO & HOME, | |
| Defendant-Cross Claimant, | |

## ORDER

### JANUARY 12, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. MetLife's Motion for Default Judgment (Doc. 10) is **GRANTED**;

2. MetLife shall, on or before Friday, February 11, 2022, submit briefing regarding damages. Any claimed damages shall be supported by detailed records and/or affidavits, if appropriate; and

3. An evidentiary hearing will be scheduled only if necessary.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge