IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA A. MCCULLOUGH, | No. 4:20-CV-01807 |
| Plaintiff-Cross Defendant, | (Chief Judge Brann) |
| v. | |
| METLIFE AUTO & HOME, | |
| Defendant-Cross Claimant, | |

## ORDER

### SEPTEMBER 30, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that

1. Defendant MetLife Auto & Home's motion for a judgment on the pleadings (Doc. 15) is **GRANTED**.

2. Judgment is entered in favor of MetLife against Plaintiff in the amount of $26,069.01. Plaintiff is **ORDERED** to pay $26,069.01 to Defendant's counsel by October 30, 2022.

3. MetLife may resubmit evidence of its attorneys' fees within ten (10) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge