# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA A. MCCULLOUGH, | : | No.  4:20-CV-01807 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| METLIFE AUTO & HOME, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_  the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($           ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   judgment is entered in favor of MetLife against Plaintiff in the amount of $26,069.01.

This action was:

\_\_\_\_  tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
\_\_\_\_  tried by Judge _____  without a jury and the above decision was reached.
 **X**  decided by Judge Matthew W. Brann pursuant to 9/30/2022 Memorandum Opinion and Order.

Dated: 9/30/2022          Peter Welsh, Clerk of Court
                          By: s/Lisa A. Gonsalves, deputy